UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
December 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> RICHARD DALE MCCLURE, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0435 EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD DALE MCCLURE, Case No. MAG. 08-0435 EFB, Charge Title 21 USC §§ 841(a)(1); 846, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ 100,000.00

    _X_ Unsecured Appearance Bond *to be secured by posting of property within 3 weeks.*

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    _X_ (Other) *Pretrial Services Supervision of conditions.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 17, 2008 at 2:56 pm.

By *Dale A. Drozd*

Dale A. Drozd
United States Magistrate Judge