**FILED**
December 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG. 08-0435 EFB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| RICHARD DALE MCCLURE, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD DALE MCCLURE, Case No. MAG. 08-0435 EFB, Charge Title 21 USC §§ 841(a)(1); 846, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ 100,000.00

   _X_   Unsecured Appearance Bond *to be secured by posting of property within 3 weeks.*

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   _X_   (Other) *Pretrial Services Supervision of conditions.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on December 17, 2008 at 2:56 pm.

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge